

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Noah Job Coppler,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 12719.

Vs. No. 11-19-00146-CR

\* September 19, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to change the "Time Payment Fee" from $25.00 to $2.50 and affirm the judgment as modified.